# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| HERBERT THOMAS BUCH,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BRINK'S INCORPORATED, a corporation; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No. 2:16-CV-05150-CAS (AGRx)\<br><br>Assigned to:<br>District Judge Christina A. Snyder<br>*(1st Street Courthouse)*<br>Magistrate Judge Alicia G. Rosenberg<br><br>**[PROPOSED] ORDER GRANTING STIPULATION REGARDING DISMISSAL OF ENTIRE CASE WITH PREJUDICE**<br><br>State Action Filed:　May 12, 2016<br>Trial Date:　　　　　November 14, 2017 |

By request and stipulation of the Parties, this matter is hereby dismissed with prejudice.

DATED: April 26, 2017

　　　　　　　　　　　　　　　*/s/ Christina A. Snyder*
　　　　　　　　　　　　　　　————————————————
　　　　　　　　　　　　　　　Honorable Christina A. Snyder

---

[PROPOSED] ORDER GRANTING STIPULATION REGARDING
DISMISSAL OF ENTIRE CASE WITH PREJUDICE